UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Securities and Exchange Commission, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-03-2044 |
| | § | |
| Gene S. Foster, Jamie Olis, and | § | |
| Helen C. Sharkey, | § | |
| | § | |
| Defendants. | § | |

## Final Judgment

Gene Foster, Jamie Olis, and Helen Sharkey take nothing from the Securities and Exchange Commission.  Foster and Sharkey have consented to being permanently enjoined from violating Section 17(a) of the Securities Act of 1933, Sections 10(b) and (13)(b)(5) of the Securities Exchange Act of 1934, and Rules 10b-5 and 13b2-1.

Signed on September 11, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge